IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Charles Richardson,** | Case No. 2:10-CV-410 |
| Plaintiff, | Judge Marbley |
| v. | |
| | Magistrate Judge King |
| **MPW Industrial Services, Inc.,** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charles Richardson and Defendant MPW Industrial Services, Inc., by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal, with prejudice and with each party bearing their own costs of this action. Upon approval and agreement of this Court, the Parties agree that this Court retains jurisdiction over the resolution of this matter. The Parties request that the Court approve this Stipulation and that the Clerk close this case.

**APPROVED:**

_____
Judge Marbley, United States District Court

s/Laren E. Knoll
Laren E. Knoll, Esq. (0070594)
Willis & Willis Co, LPA
4653 Trueman Blvd, Suite 100
Hilliard, Ohio 43026
Telephone: 614-586-7900
Facsimile: 614-586-7901
Email: lknoll@willislaw.biz
*Trial Attorney for Plaintiff*

s/Robert A. Harris (authority by phone 9/8/2010)
Robert A. Harris (0059549)
Lauren M. Frame (0084017)
Vorys, Sater, Seymour & Pease, LLP
PO Box 1008
52 E. Gay Street
Columbus, Ohio 43216-1008
Telephone: 614-464-8373
Facsimile: 614-719-4751
Emails: raharris@vorys.com
lmframe@vorys.com
*Trial Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically with the Court this 9th day of September 2010. Counsel will be notified via the Court's electronic notification system.

                                        s/Laren Knoll
                                        Laren E. Knoll, Esq. (0070594)
                                        WILLIS & WILLIS, CO., LPA
                                        *Trial Attorney for Plaintiff*